# MEMORANDUM

**To:** The Honorable Joan G. Margolis
United States Magistrate Judge

**From:** Wilfredo Duran, U.S. Probation Officer

**Subject:** U.S. v Tatiana Gomez
Docket # : 3:01MJ308(JGM)
**REQUEST FOR MODIFICATION**

**Date:** September 23, 2005

FILED
2005 SEP 28 P 1: 56
U.S. DISTRICT COURT
NEW HAVEN, CT

The above referenced individual has been on pretrial supervision since December 13, 2001. During that time the defendant has been in compliance with her conditions of release. Since March 5, 2002, she has been reporting to the pretrial services office in the Eastern District of New York where she continues to report and remains in compliance. They report that the defendant is in the process of completing her college studies and hopes to receive authorization from ICE to work.

The Eastern District of New York would like to terminate supervision of this defendant, and we concur with their request. Defense counsel, Jonathan Einhorn along with the United States Attorney's office have been trying to resolve this matter with the assistance of Immigration and Customs Enforcement.

As the Court recalls, the father of the defendant's child perished in the twin towers terrorist attack.

If the Court authorizes this office to discontinue supervision we will advise the defendant to maintain contact with her attorney until this matter is resolved.

RECEIVED 2005 SEP 28 P 2: 56 U.S. PROBATION OFFICE NEW HAVEN